David E. Sellinger
GREENBERG TRAURIG, LLP
200 Park Avenue
Florham Park, New Jersey 07932
(973) 360-7900
*Attorneys for Wal-Mart Stores, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JERRY LANDRY and JOEY HAYNES, individually and on behalf of all others similarly situated, | CIVIL ACTION <br><br> No. 2:12-cv-03113-KM-MCA |
| Plaintiffs, | |
| v. | **STIPULATION OF DISMISSAL** |
| WALMART STORES, INC. | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiffs Jerry Landry and Joey Haynes ("Plaintiffs") and Defendant Wal-Mart Stores, Inc. ("Wal-Mart") (collectively, the "Parties") hereby stipulate to dismissal of the above-referenced action in its entirety as follows:

1. All of the claims asserted in this action on behalf of Plaintiffs Landry and Haynes in their individual capacities are dismissed with prejudice, and with each party to bear its own fees and costs except as provided for in the Settlement Agreement.

*NJ 228041967v1*

2. All of the claims asserted in this action on behalf of a proposed class of

plaintiffs are dismissed <u>without prejudice</u>, and with each party to bear its

own fees and costs except as provided for in the Settlement Agreement.

Dated:

COHN LIFLAND PEARLMAN
HERRMAN & KNOPF, LLP
Park 80 Plaza West-One
250 Pehle Ave., Suite 401
Saddle Brook, NJ 07663
Barry A. Knopf
Peter S. Pearlman
Andrew Ross Macklin
(201) 845-9600
(201) 845-9423 (Fax)
bak@njlawfirm.com
PSP@njlawfirm.com
arm@njlawfirm.com

Respectfully submitted,

GREENBERG TRAURIG, LLP
200 Park Avenue
Florham Park, New Jersey 07932
David E. Sellinger
(973) 360-7900
(973) 301-8410 (fax)
sellingerd@gtlaw.com

*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

SCHEIDER WALLACE COTTRELL
KONECKY LLP
Carolyn H. Cottrell
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
ccottrell@schneiderwallace.com

BERGER & MONTAGUE, P.C.
Shanon J. Carson
1622 Locust Street
Philadelphia, PA 19103
(215) 875-4656 (Direct Dial)
Facsimile:  (215) 875-4604 (fax)
scarson@bm.net

*Attorneys for Plaintiffs*
*Jerry Landry and Joey Haynes*

*NJ 228041967v1*

2. All of the claims asserted in this action on behalf of a proposed class of plaintiffs are dismissed <u>without prejudice</u>, and with each party to bear its own fees and costs except as provided for in the Settlement Agreement.

Dated:                          Respectfully submitted,

COHN LIFLAND PEARLMAN
HERRMAN & KNOPF, LLP
Park 80 Plaza West-One
250 Pehle Ave., Suite 401
Saddle Brook, NJ 07663
Barry A. Knopf
Peter S. Pearlman
Andrew Ross Macklin
(201) 845-9600
(201) 845-9423 (Fax)
bak@njlawfirm.com
PSP@njlawfirm.com
arm@njlawfirm.com

SCHNEIDER WALLACE COTTRELL
KONECKY LLP
Carolyn H. Cottrell
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
ccottrell@schneiderwallace.com

BERGER & MONTAGUE, P.C.
Shanon J. Carson
1622 Locust Street
Philadelphia, PA 19103
(215) 875-4656 (Direct Dial)
Facsimile: (215) 875-4604 (fax)
scarson@bm.net

*Attorneys for Plaintiffs*
*Jerry Landry and Joey Haynes*

NJ 228041967v1

GREENBERG TRAURIG, LLP
200 Park Avenue
Florham Park, New Jersey 07932
David E. Sellinger
(973) 360-7900
(973) 301-8410 (fax)
sellingerd@gtlaw.com

*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

SO ORDERED

Kevin McNulty, U.S.D.J.

Date:   5/22/14